## WEINER BROTHERS COMPANY *v.* TUCKER.

ATKINSON, J. 1. Agency can not be proved by evidence of mere declarations of the alleged agent; but when accompanied by other evidence as to the conduct of the person in the character of agent, and acceptance by the alleged· principal of the fruits of the agency, such declarations are admissible in evidence.
2. The evidence authorized the verdict.

    *Judgment affirmed. Beck, J., absent. The other Justices concur.*
              MARCH 11, 1913.

Complaint. Before Judge Maddox. Chattooga superior court. April 10, 1912.

· *C. D. Rivers,* for plaintiff in error. *J. M. Bellah,* contra.